IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **PHILLIP RAY RICE,** | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CIVIL ACTION 09-0037-CG-M** |
| **LEON FORNISS,** *et al.*, | ) | |
| | ) | |
|     Respondents. | ) | |

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this habeas petition be **DENIED** and that this action be **DISMISSED.**

**DONE** this 6th day of July, 2009.

                                                /s/ Callie V. S. Granade
                                              CHIEF UNITED STATES DISTRICT JUDGE