**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **PHILLIP RAY RICE,** | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION 09-0037-CG-M** |
| **LEON FORNISS, *et al.*,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Defendants Leon Forniss, Richard Allen, Troy King, and the State of Alabama and against Petitioner Phillip Ray Rice.

**DONE** this 6th day of July, 2009.

/s/ Callie V. S. Granade

CHIEF UNITED STATES DISTRICT JUDGE